BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: JEFFREY L. GALLIHER
Deputy City Attorney
Nevada Bar No. 8078
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jgalliher@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA W. LISTER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LAS VEGAS; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-0589-JAD-VCF<br><br>**STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINE**<br><br>**(First Request)** |

　　　　Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the close of discovery and all associated dates pursuant to Fed R. Civil P. 26(a)(2) sixty (60) days, up to and including April 25, 2022.  In support of this Stipulation and Request, the parties state as follows:

　　　　1.　　On April 12, 2021, this action was commenced by the filing of a Complaint in the United States District Court, District of Nevada.

　　　　2.　　On July 28, 2021, Defendant City of Las Vegas filed its Answer to Plaintiff's Complaint.

　　　　3.　　On August 5, 2021, the City of Las Vegas made its initial disclosures in accordance with F.R.C.P. 26(a)(1).

　　　　4.　　On September 8, 2021, Plaintiff made her initial disclosures in accordance with F.R.C.P. 26(a)(1).

　　　　5.　　On September 15, 2021, the Stipulated Discovery Plan and Scheduling Order was

filed.

6. On August 26, 2021, the City of Las Vegas served Plaintiff interrogatories and requests for production. For medical reasons, Plaintiff was unable to timely respond and ultimately served her responses on November 19, 2021.

7. On September 15, 2021, Plaintiff served the City of Las Vegas interrogatories and requests for production. The City of Las Vegas served its responses on November 15, 2021.

## REASONS WHY DISCOVERY WAS NOT COMPLETED

Plaintiff recently underwent surgery and had a protracted recovery. Discovery was essentially at a standstill as Plaintiff recovered.

## DISCOVERY REMAINING

Plaintiff Latonia W. Lister needs to conduct depositions of numerous former and current City of Las Vegas employees.

The City of Las Vegas needs to conduct the deposition of Plaintiff, various percipient witnesses, and Plaintiff's yet to be named expert witness. The City may also need to conduct an independent medical examination of Plaintiff. Because Plaintiff was medically unable respond to the written discovery served by the City of Las Vegas and her responses were delayed approximately two months, the City was similarly delayed in its ability to gather Plaintiff's relevant records and identify witnesses to be deposed. This delay also stymied the City's ability to evaluate and retain experts for this matter.

## PROPOSED NEW DISCOVERY DATES

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | February 23, 2022 | April 25, 2022 |
| Extension of Discovery Deadline | February 2, 2022 | April 25, 2022 |
| Expert Disclosure pursuant to Fed R. Civil P. 26(a)(2) | December 27, 2021 | February 25, 2022 |
| Rebuttal Expert Disclosure pursuant to Fed R. Civil P. 26(a)(2) | January 26, 2022 | March 28, 2022 |

| Dispositive Motions | March 25, 2022 | May 24, 2022 |
| Joint Pretrial Order | April 25, 2022 | June 24, 2022 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the additional extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery dates as set forth above.

Dated this 13th day of December 2021.

BRYAN K. SCOTT, ESQ.
City Attorney

/s/ Jeffrey L. Galliher
_____
Jeffrey L. Galliher, Esq.
Deputy City Attorney
Nevada Bar No. 4381
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendant
City of Las Vegas*

Dated this 13th day of December 2021.

F. TRAVIS BUCHANAN, ESQ. &
ASSOCIATES, PLLC

/s/ F. Travis Buchanan
_____
F. Travis Buchanan, Esq.
Nevada Bar 9371
701 E. Bridger Ave.
Las Vegas, NV 89101
*Attorneys for Plaintiff Latonia Lister*

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of December 2021.

_____
U.S. MAGISTRATE JUDGE

–3–