BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: JEFFREY L. GALLIHER
Deputy City Attorney
Nevada Bar No. 8078
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jgalliher@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA W. LISTER,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>               Defendant. | CASE NO. 2:21-cv-0589-JAD-VCF<br><br>**STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the close of discovery and all associated dates pursuant to Fed R. Civil P. 26(a)(2) ninety (90) days, up to and including July 25, 2022. In support of this Stipulation and Request, the parties state as follows:

       1.       On April 12, 2021, this action was commenced by the filing of a Complaint in the United States District Court, District of Nevada.

       2.       On July 28, 2021, Defendant City of Las Vegas filed its Answer to Plaintiff's Complaint.

       3.       On August 5, 2021, the City of Las Vegas made its initial disclosures in accordance with F.R.C.P. 26(a)(1).

       4.       On September 8, 2021, Plaintiff made her initial disclosures in accordance with F.R.C.P. 26(a)(1).

       5.       On September 15, 2021, the Stipulated Discovery Plan and Scheduling Order was

filed.

6. On August 26, 2021, the City of Las Vegas served Plaintiff interrogatories and requests for production. For medical reasons, Plaintiff was unable to timely respond and ultimately served her responses on November 19, 2021.

7. On September 15, 2021, Plaintiff served the City of Las Vegas interrogatories and requests for production. The City of Las Vegas served its responses on November 15, 2021.

8. An order granting the Stipulation and Request to Extend Discovery Deadlines (First Request) was entered into this matter on December 14, 2021.

## REASONS WHY DISCOVERY WAS NOT COMPLETED

Plaintiff recently underwent surgery and had a protracted and longer-than-anticipated recovery. Discovery was at a standstill as she recovered. In the time since the first order continuing the close of discovery was filed in this matter, Plaintiff's medical condition has **not** improved sufficiently for her to participate in the discovery process and discovery continues to remain at a standstill. Plaintiff will not recover sufficiently to participate in the discovery process until after March 1, 2022. Accordingly, the City of Las Vegas is currently unable to schedule Plaintiff's deposition and F.R.C.P. 35 examination prior to the current close of discovery and expert disclosure dates.

## DISCOVERY REMAINING

Plaintiff Latonia W. Lister needs to conduct depositions of numerous former and current City of Las Vegas employees.

The City of Las Vegas needs to conduct the depositions of Plaintiff, various percipient witnesses, and Plaintiff's yet to be named expert witness. Because Plaintiff is not medically capable of being deposed and having an F.R.C.P. 35 examination, the City has not yet been able to schedule them. The City will conduct the examination and deposition when Plaintiff is medically able to attend them.

/ / /

/ / /

/ / /

## ~~PROPOSED~~ NEW DISCOVERY DATES

| Scheduled Event | Current Deadline | Proposed Deadline | |
|---|---|---|---|
| Discovery Cut-off | April 25, 2022 | July 25, 2022 | |
| Extension of Discovery Deadline | April 25, 2022 | July 25, 2022 | |
| Expert Disclosure pursuant to Fed R. Civil P. 26(a)(2) | February 25, 2022 | May 26, 2022 | |
| Rebuttal Expert Disclosure pursuant to Fed R. Civil P. 26(a)(2) | March 28, 2022 | June 27, 2022 | |
| Dispositive Motions | May 24, 2022 | August 24, 2022 | If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |
| Joint Pretrial Order | June 24, 2022 | July 25, 2022 | |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the additional extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the discovery dates as set forth above.

Dated this 31st day of January 2022.                Dated this 31st day of January 2022.

BRYAN K. SCOTT, ESQ.                                F. TRAVIS BUCHANAN, ESQ. &
City Attorney                                       ASSOCIATES, PLLC

*/s/ Jeffrey L. Galliher*                           */s/ F. Travis Buchanan*

Jeffrey L. Galliher, Esq.                           F. Travis Buchanan, Esq.
Deputy City Attorney                                Nevada Bar 9371
Nevada Bar No. 4381                                 701 E. Bridger Ave.
495 S. Main Street, Sixth Floor                     Las Vegas, NV 89101
Las Vegas, NV 89101                                 *Attorneys for Plaintiff Latonia Lister*
*Attorneys for Defendant*
*City of Las Vegas*

## ORDER

IT IS SO ORDERED.

Dated this ___1st___ day of February 2022.

_____
CAM FERENBACH
U.S. MAGISTRATE JUDGE