BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
TIMOTHY GESWEIN
Nevada Bar No. 10049
By: NECHOLE GARCIA
Deputy City Attorney
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
Attorneys for City of Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA W. LISTER,<br><br>               Plaintiff,<br><br>    vs.<br><br>CITY OF LAS VEGAS; DOES I-X,<br>inclusive, and ROE ENTITIES I-X,<br>inclusive,<br><br>               Defendant. | CASE NO. 2:21-cv-0589-CDS-VCF<br><br>**STIPULATION TO EXTEND DUE<br>DATE FOR JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

       Plaintiff Latonia Lister ("Plaintiff"), through her counsel F. Travis Buchanan, Esq., & Assoc., PLLC, and Jamon Hicks, Esq. of Douglas / Hicks Law, APC and Defendant City of Las Vegas ("Defendant"), through its counsel Deputy City Attorney Nechole Garcia, Esq., stipulate and agree to extend the due date for filing their required Joint Pretrial Order thirty (30) days from May 25, 2023 (initial due date per the Court's Order, dated April 26, 2023, ECF No. 38).

       1.     The Parties have commenced working on their respective portions of the draft Joint Pretrial Order.

       2.     On May 23, 2023, the Parties exchanged their respective working drafts, and discussed their respective completed sections, which included all sections, save except their respective lists of exhibits, and the three (3) dates in which counsel will be available for trial.

       3.     Due to the voluminous amount of documents that are slated to be disclosed as exhibits by each side, many of which the Parties believe will overlap and consist of the same

disclosed exhibits, the Parties would like more time to work together in order to agree on a Joint Exhibit List, while also identifying and determining which additional documents will not be a part of the proposed Joint Exhibits, and the most efficient manner for each Party to list and provide their respective additional exhibits, along with any objections to such additional proposed exhibits.

4.      In addition, the parties have agreed to continue to engage in settlement discussions.

5.      Considering this development, while the Parties have spent significant time working on their respective portions of the proposed Joint Pretrial Order, the Parties need more time to finalize the section pertaining to exhibits and objections thereto.

6.      Per the Court's April 26, 2023, Order – the Joint Pretrial Order is currently due on May 25, 2023.

7.      The parties have agreed to enter into this stipulation to extend the due date for completing and filing the Joint Pretrial Order for thirty (30) days to allow the parties to work towards preparation of a Joint Exhibit List, and provide their additional exhibits, along with any objections to such additional proposed exhibits.

8.      An extension will conserve the parties' respective resources and help better organize and streamline management and use of the voluminous amount of documents that each of the parties may use, should this matter proceed to trial, while also facilitating continued discussions aimed towards possibly resolving this matter.

9.      The parties agree that on or before Monday June 26, 2023, the parties will submit their required Joint Pretrial Order.[1]

10.      The parties make this request in good faith and not to unduly delay the final disposition of this matter.

11.      This is the first request of the parties to extend the due date for filing their Joint Pretrial Order.

/ / /

/ / /

/ / /

---

[1] 30 days from the current due date May 25, 2023, is June 26, 2023.

12.     The parties believe that the requested stay would preserve judicial resources in this matter.

Dated this 24th day of May 2023.

F. TRAVIS BUCHANAN, ESQ. &
ASSOCIATES, PLLC

CITY OF LAS VEGAS

*/s/ F. Travis Buchanan*
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, NV 89101
*Attorneys for Plaintiff Latonia W. Lister*

*/s/ Nechole Garcia*
Nechole Garcia, Esq.
Deputy City Attorney
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendant City of Las Vegas*

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court/~~Magistrate Judge

Dated: _____5-31-2023_____