**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: Travis@Ftblawlv.com
*Attorneys for Plaintiff Latonia W. Lister*

**DOUGLAS / HICKS LAW, APC**
Jamon R. Hicks, Esq.
California Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
Tel: (323) 655-6505
Fax: (323) 927-1941
Email: *Jamon@douglashickslaw.com*
*Attorneys for Plaintiff Latonia W. Lister*

**JEFFRY M. DOROCAK**
City Attorney
Nevada Bar No. 13109
Timothy Geswein
Nevada Bar No. 10049
By: Nechole Garcia
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
*Attorneys for Defendant City of Las Vegas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA W. LISTER, <br><br> Plaintiff <br><br> v. <br><br> CITY OF LAS VEGAS, <br><br> Defendant | Case No.: 2:21-cv-0589-CDS-VCF <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM, WITH PREJUDICE** |

PLAINTIFF LATONIA LISTER and DEFENDANT CITY OF LAS VEGAS, through their respective counsel of record, hereby stipulate that Plaintiff's Eighth Cause of Action for Intentional Infliction of Emotional Distress under Nevada State Law[1] may be dismissed with prejudice. By agreeing to this Stipulation, Plaintiff is not waiving any right she has to pursue her remaining causes of action.

| | |
|---|---|
| DATED this **25th** day of August 2024. | DATED this **25**[th] day of August, 2023. |
| **F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC** | **JEFFRY M. DOROCAK** |
| _____/s/ F. Travis Buchanan_____ | _____/s/ Nechole Garcia_____ |
| F. Travis Buchanan, Esq. | Nechole Garcia, NV Bar No. 12746 |
| NV Bar No. 9371 | Timothy Geswein, NV Bar No. 10049 |
| 701 E. Bridger Ave., Ste. 540 | 495 S. Main Street |
| Las Vegas, NV 89101 | Las Vegas, NV |
| *Attorneys for Plaintiff Latonia W. Lister* | *Attorneys for Defendants* |

**DOUGLAS / HICKS LAW, APC**

___/s/ Jamon Hicks_____
Jamon R. Hicks, Esq., CA Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140, LA, CA 90056
*Attorneys for Plaintiff Latonia W. Lister*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 28, 2023

---

[1] While Defendant City of Las Vegas asserts that Plaintiff's IIED Claim is preempted by NRS 613.330, Plaintiff's research indicated that state law tort claims, such as Plaintiff's IIED may not be preempted by NRS 613.330 and/or Title VII of the Civil Rights Act of 1964. Notwithstanding this, and for other reasons, Plaintiff has elected to dismiss her IIED Claim, with prejudice as such claim is duplicative and emotional distress damages are allowable under Title VII of the Civil Rights Act of 1964.