**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@Ftblawlv.com*
*Attorneys for Plaintiff Latonia W. Lister*

**DOUGLAS / HICKS LAW, APC**
Jamon R. Hicks, Esq.
California Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
Tel: (323) 655-6505
Fax: (323) 927-1941
Email: *Jamon@douglashickslaw.com*
*Attorneys for Plaintiff Latonia W. Lister*

**JEFFRY M. DOROCAK**
City Attorney
Nevada Bar No. 13109
Timothy Geswein
Nevada Bar No. 10049
By: Nechole Garcia
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
*Attorneys for Defendant City of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA W. LISTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS,<br><br>　　　　　　Defendant. | CASE NO.: 2:21-cv-0589-CDS-VCF<br><br>Order Approving<br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S** *MOTION IN LIMINE NO. 2, CALLING FOR THE EXCLUSION OF EVIDENCE REGARDING RETALIATION* **[ECF No. 50]** |

-1-
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2, CALLING FOR THE EXCLUSION OF EVIDENCE REGARDING RETALIATION.

|   |   |
|---|---|
|   | ) |
|   | ) |
|   | ) |
|   | ) |

IT IS HEREBY STIPULATED by and between PLAINTIFF LATONIA LISTER and DEFENDANT CITY OF LAS VEGAS, through their respective counsel of record, that Plaintiff shall have an extension, up to and including Wednesday, December 20, 2023, in which to file a response to Defendant's 2nd Motion In Limine, Calling For the Exclusion of Evidence Regarding Retaliation (ECF No. 50). By agreeing to this Stipulation, Defendant City of Las Vegas is not waiving any right to file any Reply to Plaintiff's Response within the general time-period that any Reply would be due. This Stipulation is submitted based upon the following:

1. Plaintiff has already filed responses to Defendant's 1st, 3rd, 4th and 6th Motions In Limine, which were due on December 13, 2023.

2. Plaintiff has elected not to file a response to Defendant's 5th Motion In Limine seeking to exclude evidence regarding injunctive relief.

3. Plaintiff has been diligently working to finalize her response to Defendant's 2nd Motion In Limine, and an extension of 7 days, up to and including Wednesday, December 20, 2023, will allow such comprehensive response to be prepared and filed.

4. This is the first request for a courtesy extension of the due date for the filing of Plaintiff's Response to Defendant's Motion in Limine No. 2.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering into the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

///

///

| | |
|---|---|
| DATED this **13th** day of December. | DATED this **13th** day of December, 2023. |

**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**

/s/ F. Travis Buchanan
F. Travis Buchanan, Esq.
NV Bar No. 9371
701 E. Bridger Ave., Ste. 540
Las Vegas, NV 89101
*Attorneys for Plaintiff Latonia W. Lister*

JEFFRY M. DOROCAK

/s/ Nechole Garcia
Nechole Garcia
NV Bar No. 12746
Timothy Geswein
NV Bar No. 10049
495 S. Main Street
Las Vegas, NV
*Attorneys for Defendants*

**DOUGLAS / HICKS LAW, APC**

/s/ Jamon Hicks
Jamon R. Hicks, Esq.
CA Bar No. 232747, Admitted Pro Hoc
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
*Attorneys for Plaintiff Latonia W. Lister*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
                          DISTRICT

Dated: December 19, 2023

---

-3-
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2, CALLING FOR THE EXCLUSION OF EVIDENCE REGARDING RETALIATION.