**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@Ftblawlv.com*
*Attorneys for Plaintiff Latonia W. Lister*

**DOUGLAS / HICKS LAW, APC**
Jamon R. Hicks, Esq.
California Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
Tel: (323) 655-6505
Fax: (323) 927-1941
Email: *Jamon@douglashickslaw.com*
*Attorneys for Plaintiff Latonia W. Lister*

**JEFFRY M. DOROCAK**
City Attorney
Nevada Bar No. 13109
Timothy Geswein
Nevada Bar No. 10049
By: Nechole Garcia
Nevada Bar No. 12746
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: ngarcia@lasvegasnevada.gov
*Attorneys for Defendant City of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATONIA W. LISTER,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>CITY OF LAS VEGAS,<br><br>　　　　　Defendant | CASE NO.: 2:21-cv-00589-CDS-MDC<br><br>**STIPULATION AND ORDER**<br><br>[ECF No. 66] |

-1-

DEFENDANT CITY OF LAS VEGAS, through their respective counsel of record, hereby stipulate that:

1. Defendant City of Las Vegas may not introduce evidence regarding the Equal Employment Opportunity Commission's ("EEOC's") determination regarding whether or not there was probable cause of discrimination with respect to Plaintiff's underlying Charges of Discrimination;

2. Defendant City of Las Vegas may not introduce evidence in any manner or sort regarding the fact that Plaintiff's previously dismissed her state law tort claim of Intentional Infliction of Emotional Distress.

DATED this **5th** day of January 2024.

**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**

/s/ F. Travis Buchanan
F. Travis Buchanan, Esq.
NV Bar No. 9371
701 E. Bridger Ave., Ste. 540
Las Vegas, NV 89101
*Attorneys for Plaintiff Latonia W. Lister*

**DOUGLAS / HICKS LAW, APC**

/s/ Jamon Hicks
Jamon R. Hicks, Esq.
CA Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
*Attorneys for Plaintiff Latonia W. Lister*

DATED this **5th** day of January, 2024.

**JEFFRY M. DOROCAK CITY ATTORNEY**

/s/ Nechole Garcia
Nechole Garcia
NV Bar No. 12746
Timothy Geswein
NV Bar No. 10049
495 S. Main Street
Las Vegas, NV
*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 9, 2024