**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@Ftblawlv.com*
*Attorneys for Plaintiff Latonia W. Lister*

**DOUGLAS / HICKS LAW, APC**
Jamon R. Hicks, Esq.
California Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
Tel: (323) 655-6505
Fax: (323) 927-1941
Email: *Jamon@douglashickslaw.com*
*Attorneys for Plaintiff Latonia W. Lister*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATONIA W. LISTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LAS VEGAS,<br><br>　　　　　Defendant | Case No.: 2:21-cv-0589-CDS-VCF<br><br>**Order Granting Stipulation to Continue the January 29, 2024, Trial Date**<br><br>**First Request** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff LATONIA W. LISTER, ("Plaintiff"), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC., and JAMON HICKS, ESQ., of the law firm DOUGLAS / HICKS LAW, APC., and THE CITY OF LAS VEGAS, ("Defendant") through its counsel, NECHOLE GARCIA, ESQ., that the current scheduled trial date of January 29, 2024, be continued to either:

February 19, 2024, February 26, 2023, and/or March 4, 2024, (or any other date close in time to these dates that is more convenient for the Honorable Court's master trial and/or proceeding schedule).

1. On November 29, 2023, the parties filed their Proposed Joint Pretrial Order. ECF No. 51.

2. On December 12, 2023, the court issued its order on the parties Joint Pretrial Order, and set the matter for jury trial on the stacked calendar for January 29, 2024 at 9:30 a.m., with Calendar call to be held on January 11, 2024 at the hour of 9:30 a.m. in LV courtroom 6B. ECF No. 53

3. Between November 29, 2023 and December 27, 2023, the parties filed various briefing on Motions in Limine filed by defendant City of Las Vegas, and the court has not yet ruled on the pending Motions in Limine. ECF Nos. 50, 54, 55, 56, 57, 60, 61, and 63.

4. On December 19, 2023, counsel for plaintiff, F. Travis Buchanan, underwent routine medical examination, and was referred out for an additional outpatient medical exploratory surgical procedure. The procedure is currently scheduled for January 31, 2024. After attempting to work around the subject scheduling conflict in hopes of rescheduling the procedure for a date shortly after the projected conclusion of the current trial date of January 29, 2024, the proposed new date for scheduling such procedure was well over six (6) weeks after January 31, 2024.

5.  As a result of Mr. Buchanan's currently scheduled medical procedure on January 31, 2024, Plaintiff's is unable to commence trial with both of her legal counsel on January 29, 2024.

6.  Accordingly, the parties stipulate and agree to continue the current trial date of January 29, 2024, to either: February 19, 2024, February 26, 2024, and/or March 4, 2024, (or any other date close in time to these dates that is more convenient for the Honorable Court's master trial and/or proceeding schedule).

7.  This request is made in good faith and not for the purpose of delay.

DATED this **2nd** day of January, 2024.

**F. TRAVIS BUCHANAN, ESQ.,
& ASSOCIATES, PLLC**

____/s/ *F. Travis Buchanan*_____
F. Travis Buchanan, Esq.
NV Bar No. 9371
701 E. Bridger Ave., Ste. 540
Las Vegas, NV 89101
*Attorneys for Plaintiff Latonia W. Lister*

DATED this **2nd** day of January, 2024.

**JEFFRY M. DOROCAK
CITY ATTORNEY**

/s/ *Nechole Garcia*
Nechole Garcia
NV Bar No. 12746
Timothy Geswein
NV Bar No. 10049
495 S. Main Street
Las Vegas, NV
*Attorneys for Defendants*

**DOUGLAS / HICKS LAW, APC**

____/s/ *Jamon R. Hicks*_____
Jamon R. Hicks, Esq.
CA Bar No. 232747, *Admitted Pro Hoc*
5120 W. Goldleaf Cir., Suite 140
Los Angeles, CA 90056
*Attorneys for Plaintiff Latonia W. Lister*

## ORDER

Based on the parties' stipulation, IT IS ORDERED that the calendar call currently scheduled for January 11, 2024, at 9:30 a.m., is vacated and continued to February 14, 2024 at t 10:00 a.m.; and the jury trial currently scheduled for January 29, 2024, at 9:30 a.m., is vacated and continued to February 26, 2024 at 9:30 a.m. in courtroom 6B.

_____
**Cristina D. Silva**
**United States District Judge**

Dated:  January 4, 2024