**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Latonia W. Lister,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>City of Las Vegas,<br><br>                    Defendant(s). | **2:21-cv-00589-CDS-MDC**<br><br>**Order** |

IT IS ORDERED that the *Motion to Remove Attorney* (ECF No. 110) is GRANTED. Jeffrey L. Galliher, Esq. is to be removed as counsel of record for defendant City of Las Vegas and removed from the CM/ECF Service List.

DATED this 1st day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge