AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Latonia W. Lister,

              Plaintiff,

  v.

City of Las Vegas,

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00589-CDS-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, City of Las Vegas, and against Plaintiff, Latonia W. Lister.

05/29/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk